# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | 4:19CR191 |
| ) | |
| ANTONIO JASPER, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Counsel in the above-captioned case have advised the Court that some pretrial motions have been complied with and/or that all matters raised in the defendant's motions have been resolved by agreement. The following motions are DISMISSED:

(Doc. 17) Motion for Release of Brady Materials,
(Doc. 18) Motion for Disclosure,
(Doc. 19) Motion for Disclosure,
(Doc. 20) Motion to Preserve Evidence,
(Doc. 21) Motion to Participate in Voir Dire,
(Doc. 22) Motion for Bill of Particulars,
(Doc. 23) Motion Access to Witnesses, and
(Doc. 24) Motion for Discovery per Local Rule.

The (Doc. 16) Motion to Suppress will be set for a hearing by separate order.

SO ORDERED, this 16th day of January 2020.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA