IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

```
UNITED STATES OF AMERICA,    )
                             )
v.                           )   CASE NO. CR419-191
                             )
ANTONIO JASPER,              )
                             )
     Defendant.              )
                             )
```

**O R D E R**

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 40), to which objections have been filed (Doc. 45). In the report and recommendation, the Magistrate Judge recommends denying Defendant Jasper's request to suppress the fruits of a search of his car. (Doc. 40.) After careful review of the record, the Court finds that Defendant Jasper's objections are meritless and concurs with the conclusions of the report and recommendation. Defendant Jasper raises the same arguments in his objections that were fully considered by the Magistrate Judge in the report and recommendation. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Defendant Jasper's Motion to Suppress (Doc. 16) is **DENIED**.

SO ORDERED this 11th day of April 2020.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA