UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| ANTONIO JASPER, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | CR419-191 |
| | ) | CV423-060 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, doc. 131, to which no objections have been filed.[1] The Court, therefore, **ADOPTS** the Magistrate Judge's Report and Recommendation. Doc. 131. The Government's Motion to Dismiss Jasper's 28 U.S.C. § 2255 Motion is **GRANTED**, doc. 125, and his Motion is **DISMISSED**, doc. 116. The Clerk is **DIRECTED** to **CLOSE** civil action CV423-060 and enter the appropriate judgment of dismissal.

---

[1] The Court cites to the criminal docket in CR419-191 unless otherwise noted.

Further, a prisoner seeking relief under 28 U.S.C. § 2255 must obtain a certificate of appealability ("COA") before appealing the denial of his application for writ of habeas corpus.  28 U.S.C. § 2253(c)(1)(B). This Court "must issue or deny a certificate of appealability when it enters a final order adverse to the applicant." Rule 11(a) to the Rules Governing Section 2255 Proceedings.  This Court should grant a COA only if the prisoner makes a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).  For the reasons set forth in the Report and Recommendation, and in consideration of the standards enunciated in *Slack v. McDaniel*, 529 U.S. 473, 482-84 (2000), movant has failed to make the requisite showing.  Accordingly, a COA is **DENIED** in this case.[2]  Moreover, because there are no non-frivolous issues to raise on appeal, an appeal would not be taken in good

---

[2] "If the court denies a certificate, [a party] may not appeal the denial but may seek a certificate from the court of appeals under Federal Rule of Appellate Procedure 22." Rule 11(a) to the Rules Governing Section 2255 Proceedings.

faith. Accordingly, movant is not entitled to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3).

**SO ORDERED** this __30__ day of May, 2025.

------------------------------------
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA